Matter of Wilder (2025 NY Slip Op 01704)

Matter of Wilder

2025 NY Slip Op 01704

Decided on March 20, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:March 20, 2025

PM-82-25
[*1]In the Matter of David Hilleary Wilder, an Attorney. (Attorney Registration No. 2128734.)

Calendar Date:March 17, 2025

Before:Garry, P.J., Aarons, Reynolds Fitzgerald, McShan and Mackey, JJ.

David Hilleary Wilder, Saratoga Springs, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
David Hilleary Wilder was admitted to practice by this Court in 1980 and lists a business address in Saratoga County with the Office of Court Administration. Wilder now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Wilder's application.
Upon reading Wilder's affidavit sworn to January 31, 2025 and filed February 5, 2025, and upon reading the March 12, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Wilder is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Garry, P.J., Aarons, Reynolds Fitzgerald, McShan and Mackey, JJ., concur.
ORDERED that David Hilleary Wilder's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that David Hilleary Wilder's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that David Hilleary Wilder is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Wilder is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that David Hilleary Wilder shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.